

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00449-CV

| | | |
|---|---|---|
| Tracy Jo Mullins | § | From County Court at Law No. 2 |
| | § | of Parker County (CIV-16-0139) |
| v. | § | July 27, 2017 |
| Matt Robert Mullins | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the final decree of divorce is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Matt Robert Mullins shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
    Chief Justice Terrie Livingston